UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

MICHAEL MESCEDA,

        Plaintiff,

v.

JP MORGAN CHASE, through James Dimon as Pres.
and Chief Exec. Officer; BANK OF AMERICA,
through Brian T. Moynihan as Pres. and Chief Exec.
Officer; WELLS FARGO, through Timothy J. Sloan
as Pres. and Chief Exec. Officer; and CITIGROUP,
through Michael Corbet as Pres. and Chief Exec. Officer,

        Defendants.
_____

1:18-CV-1040
(GTS/DEP)

APPEARANCES:

MICHAEL MESCEDA
 Plaintiff, *Pro Se*
3547 NY Route 79
Harpursville, New York 13787

GLENN T. SUDDABY, Chief United States District Judge

## **DECISION and ORDER**

   Currently before the Court, in this *pro se* action filed by Michael Mesceda ("Plaintiff") against the above-captioned banking institutions ("Defendants") asserting claims for mortgage fraud, is United States Magistrate Judge David E. Peebles' Report-Recommendation recommending that Plaintiff's Complaint be dismissed with leave to amend. (Dkt. No. 4.) Plaintiff has not filed an objection to the Report-Recommendation, and the deadline by which to do so has expired. (*See generally* Docket Sheet.) After carefully reviewing the relevant papers herein, including Magistrate Judge Peebles' thorough Report-Recommendation, the Court can

find no clear-error in the Report-Recommendation.[1] Magistrate Judge Peebles employed the proper standards, accurately recited the facts, and reasonably applied the law to those facts. As a result, the Report-Recommendation is accepted and adopted in its entirety for the reasons set forth therein.

**ACCORDINGLY**, it is

**ORDERED** that Magistrate Judge Peebles' Report-Recommendation (Dkt. No. 4) is **ACCEPTED** and **ADOPTED** in its entirety; and it is further

**ORDERED** that Plaintiff's Complaint (Dkt. No. 1) shall be **DISMISSED with prejudice** and without further notice of the Court, unless, within **THIRTY (30) DAYS** of the date of this Decision and Order, Plaintiff files an Amended Complaint that corrects the pleading defects identified in the Report-Recommendation; and it is further

**ORDERED** that, in the event that Plaintiff timely files an Amended Complaint, it shall be referred to Magistrate Judge Peebles for his review. <u>If Plaintiff decides to file such an Amended Complaint, Plaintiff is respectfully reminded to comply with the advice and directives contained on pages 10 and 11 of Magistrate Judge Peebles' Report-Recommendation</u>

Dated: October 24, 2018
      Syracuse, New York

_[signature]_
Hon. Glenn T. Suddaby
Chief U.S. District Judge

---

[1] When no objection is made to a report-recommendation, the Court subjects that report-recommendation to only a clear error review. Fed. R. Civ. P. 72(b), Advisory Committee Notes: 1983 Addition. When performing such a "clear error" review, "the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Id.*; *see also Batista v. Walker*, 94-CV-2826, 1995 WL 453299, at *1 (S.D.N.Y. July 31, 1995) (Sotomayor, J.) ("I am permitted to adopt those sections of [a magistrate judge's] report to which no specific objection is made, so long as those sections are not facially erroneous.") (internal quotation marks omitted).